

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 96 C 1122 | **DATE** | 9/9/2002 |
| **CASE TITLE** | Builders Association etc. Vs. City of Chicago | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Defendant moves for leave to amend responses to certain requests for admissions. That motion is granted, but with a caveat.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | **Document Number** |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | SEP 10 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 371 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |



BUILDERS ASSOCIATION OF GREATER )
CHICAGO, )
)
       Plaintiff, )
)
vs. ) No. 96 C 1122
)
CITY OF CHICAGO, a municipal corporation, )
)
       Defendant. )

## MEMORANDUM OPINION AND ORDER

Defendant moves for leave to amend responses to certain requests for admissions. That motion is granted, but with a caveat.

The original responses in or about October, 1996, admitted that defendant was then unaware of any active or passive discrimination by the City during various time frames in the requests, nor had it developed certain information relating to the or WBEs. It now seeks to amend its responses so as to deny that it presently is unaware of any active or passive discrimination by the City during the various time frames in the requests and to indicate that an expert's report has developed information relating to MBEs and WBEs.

It is no secret that the City substantially reassessed its position following the demise of the Cook County ordinance and went actively looking for evidence of discrimination. The plaintiff is well aware what that claimed evidence is and, with the possible exception of the expert report, has had a full opportunity to test it through discovery. This dispute is, essentially, an offshoot of a dispute over whether post-enactment information can be used to justify the ordinance. While the merits of that matter have often been argued, to some extent,

or alluded to in various submissions, the matter has never been directly presented for resolution. Perhaps the time has come to do so, and perhaps it can best be presented by a motion *in limine* filed by the plaintiff. For now, however, the original answers stand as truthful answers in 1996 to the requests to admit. Plaintiff is entitled to rely upon those answers as reflecting defendant's then information. The amended answers are accepted as defendant's claim of what it has since learned.

                                                          JAMES B. MORAN
                                                  Senior Judge, U. S. District Court

Sept. 9, 2002.